In the Interest of T.M. & E.S.

No. ED 87911.

Missouri Court of Appeals, Eastern District, Northern Division.

Jan. 9, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 20, 2007

Ellen H. Flottman, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gary L. Gardner, Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., PATRICIA L. COHEN, J., and ROY L. RICHTER, J.

#### ORDER

PER CURIAM.

T.S. ("Mother") appeals the judgment of the trial court terminating her parental rights to minor children E.H.S. and T.M.H.S. ("Father") appeals the judgment of the trial court terminating his parental rights to minor child E.H.S. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the

parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).